

**WILLIS & YOUNG, P.C.**
921 Bergen Avenue, Suite 528
Jersey City, New Jersey 07306
(201) 659-2090
Attorney for Defendant, DAVID KIRKLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | :: | UNITED STATES DISTRICT COURT, |
| Plaintiff, | :: | DISTRICT OF NEW JERSEY |
| vs. | :: | CR. NO. 2006-911 (KSH) |
| DAVID KIRKLAND, | :: | ORDER FOR EXTENSION |
| Defendant(s) | :: | OF PRETRIAL MOTIONS |

**THIS** matter having been opened to the Court by Peter R. Willis, Esq., of Willis & Young, P.C. attorney for David Kirkland, for an order seeking to extend the date Pretrial Motions must be filed from April 15, 2008 until April 22, 2008, and Christopher J. Christie, the United States Attorney, by Aidan O'Connor, Assistant United States Attorney, appearing and consenting to said application, and for good cause shown.

**IT IS** on this 14 day of April, 2008,

**ORDERED** that the Application is hereby GRANTED.

_____
Hon. Katharine S. Hayden, USDJ

I hereby consent to the
Entry of the above order.


_____
Aidan O'Connor, AUSA