apo'c:1997R04684
Kirkland PTM.brf.wpd

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Katherine S. Hayden |
| v. | : | Criminal No. 2006-911 (KSH) |
| DAVID KIRKLAND, a/k/a "Crazy", COREY EMANUEL, a/k/a "Red", and JEFFREY GAMBLE | : | ORDER |

This matter having come before the Court on the motion of the United States, by Christopher J. Christie, United States Attorney (Aidan P. O'Connor and Douglas Herring, Assistant U.S. Attorneys, appearing), for an Order requiring the defendants to provide reciprocal discovery pursuant to Federal Rules of Criminal Procedure, Rule 16(b)(1).

IT IS, on this 19th day of May, 2008,

ORDERED that pursuant to Federal Rules of Criminal Procedure, Rule 16(b)(1), the government's motion for reciprocal discovery is GRANTED; and

IT IS FURTHER ORDERED THAT motions of defendants Kirkland, Emanuel and Gamble for an order:

1) requiring the Government to provide a Bill of Particulars is DENIED;

2) compelling additional discovery is DENIED;

3) severing the trial of defendant Corey Emanuel from his co-defendants is ~~DENIED~~ reserved until 5/21/08;

4) compelling disclosure of "Guidelines Discovery" is ~~DENIED~~ reserved until 5/21/08 motions argument;

5) compelling early disclosure of impeachment and Jencks materials is ~~DENIED~~ granted: criminal history no later than 6/4/08 & Jencks/Giglio 48 hours before testimony;

6) requiring the preservation of rough notes is DENIED as moot; and

7) forbidding the Government to mention the terms "James Bind Gang" or "Gatson Crew" is DENIED.

HON. KATHARINE S. HAYDEN
UNITED STATES DISTRICT JUDGE