# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| United States of America | |
|         Plaintiffs, | |
|   v. | Crim. Action No. 06-911 (KSH) |
| David Kirkland | |
|         Defendants. | **ORDER** |

**Katharine S. Hayden, U.S.D.J.**

Defendant David Kirkland having filed a submission to the Court *pro se* (D.E. #62) despite being represented by counsel; and for good cause shown,

**IT IS** on this 9th day of June, 2008, hereby

**ORDERED** that defendant's submission, which was docketed as a motion to dismiss (D.E. # 62), is hereby **terminated**.

/s/ Katharine S. Hayden

Katharine S. Hayden, U.S.D.J.