

**WILLIS & YOUNG, P.C.**
921 Bergen Avenue, Suite 528
Jersey City, New Jersey 07306
(201) 659-2090
Attorney for Defendant, DAVID KIRKLAND

---

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | :: | UNITED STATES DISTRICT COURT, |
| *Plaintiff,* | :: | DISTRICT OF NEW JERSEY |
| vs. | :: | CRIM. NO. 06-911 |
| DAVID KIRKLAND, | :: | |
| *Defendant(s)* | :: | ORDER FOR INTERIM PAYMENT ON CJA APPOINTMENT |

**THIS** matter having been opened to the Court by Peter R. Willis, Esq., of Willis & Young, P.C. attorney for David Kirkland, for an Order Granting Interim Payment on CJA Appointment and for good cause shown,

**IT IS** on this 8th day of July, 2008;

**ORDERED** that Counsel for Defendant, David Kirkland may submit interim payment voucher.

Hon. Katharine S. Hayden, USDJ