# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# NEWARK

### Minutes of Proceedings

*Judge*   Katharine S. Hayden          9/23/08
                                       Date of Proceedings

Court Reporter     Carmen Lilioa
Court Deputy       RoseMarie Guilloty

*Title of Case:*                       Docket #  06-911

US v. Kirkland & Gamble

*Appearances:*

Douglas Herring, AUSA
Michael Wills, Esq for Kirkland
James Patton, Esq.

*Nature of Proceeding:*

Hearing held on (81) Motion to withdraw as counsel.
Court granted (81) motion and relieved Peter Willis as counsel for defendant Kirkland.
Court appointed James Patton, Esq as CJA counsel for defendant Kirkland.


Time in court:   1:00


*RoseMarie Guilloty*
RoseMarie Guilloty, Deputy Clerk