UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Katherine S. Hayden |
| v. | : | Criminal No. 06-911 (KSH) |
| DAVID KIRKLAND | : | O R D E R |

This matter having come before the Court on a motion for pretrial release from the defendant, defendant David Kirkland being represented by James Patton, and the United States being represented by United States Attorney Christopher J. Christie (Douglas Herring, Assistant United States Attorney, appearing);

IT IS THE FINDING OF THIS COURT that on September 19, 2008, the Court issued an arrest warrant for the defendant based on a violation of pretrial release. The Honorable Patty Shwartz ordered the defendant detained on September 22, 2008. On September 23, 2008, the Court, after fully considering the defendant's request for pretrial release and determining that no condition or combination of conditions would reasonably assure the appearance of the defendant and assure the safety of the community, denied the defendant's request for pretrial release. The Court determined on November 24, 2008, that there has been no change of circumstances in regard to the defendant's suitability for pretrial release.

WHEREFORE, on this 25th day of November, 2008,

IT IS HEREBY ORDERED that, defendant David Kirkland shall remain detained. It is further, ORDERED that defendant's Motion reflected as entry #97 on the docket is denied.

HONORABLE KATHARINE S. HAYDEN
United States District Judge