UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Katharine S. Hayden |
| | : | Crim No. 06-911 (KSH) |
| v. | : | |
| | : | [PROPOSED] PRETRIAL ORDER |
| DAVID KIRKLAND | : | |
| a/k/a "Crazy," | : | |

A pretrial conference being held on the 9th day February, 2009,
it is hereby ORDERED that:

1.   A motions hearing is scheduled for Wednesday, February 11, 2009
     at 2:00 p.m.;

2.   At the motions hearing, the government shall provide a more
     detailed statement of the proof it intends to introduce pursuant
     to its *in limine* motions;

3.   The government shall attempt to locate a 1999 statement of Damon
     McDuffy to law enforcement, which counsel for the defendant
     represents may contain Brady material and make a determination as
     to whether it is discoverable;

4.   The government shall provide defendant with a copy of any
     documentary about the "James Bond Gang" in its possession;

5.   The government and defendant shall attempt to locate a copy of
     any statement of deceased government witness Hector Lima which
     was given to Bruce Anderson in United States v. Anderson et al,
     Crim No. 03-423 (KSH);

6.   Defendant shall decide by Wednesday, February 11, 2009, whether
     to waive his right to having a trial not less than 30 days from
     the date of the Second Superseding Indictment, pursuant to 18

U.S.C. § 3161(c)(2);

7.   Jury selection to commence on February 23, 2009; and

8.   Opening statements and the beginning of the government's

case-in-chief to commence on February 25, 2009.

_____
HON. KATHARINE S. HAYDEN
United States District Judge


IT IS SO ORDERED:

February 10 , 2009