UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 06-911 (KSH) |
| v. | : | |
| DAVID KIRKLAND | : | Hon. Katharine S. Hayden |

## ORDER

Presently before the Court is the defendant's motion to vacate the verdict of the jury and to grant a new trial.

Upon consideration of the defendant's motion and the supporting memoranda of law (docket numbers 160, 164, 166, and 173), the response of the Government (docket number 165), and the oral arguments of both parties heard on July 21, 2009, it is hereby ORDERED that the defendant's motion is DENIED, for the reasons set forth on the record on July 21, 2009.

HON. KATHARINE S. HAYDEN
United States District Judge