UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : Hon. Katharine S. Hayden

v. : Crim. No. 06-911 (KSH)

DAVID KIRKLAND : SEALING ORDER

This matter having come before the Court at the request of the United States of America (Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey, by David E. Malagold and Lisa M. Colone, Assistant United States Attorneys, appearing), for an order sealing the unredacted transcript of the trial held on certain days from on or about February 25, 2009 to on or about March 18, 2009 in the above-captioned matter; and for an order further authorizing the release of only the redacted version of such transcript upon request; and the Court having considered the submission of the United States; and for good and sufficient cause shown,

IT IS ON THIS 5th day of Oct, 2009,

ORDERED that the unredacted transcript of the trial in the above-captioned matter is hereby sealed for all purposes until further order of the Court; and

IT IS FURTHER ORDERED that only the redacted version of such transcript be released in any manner, including upon request to the Clerk's Office or a court reporter.

HONORABLE KATHARINE S. HAYDEN
United States District Judge